**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONCHITA ROY AND SERAFIN F. PADLAN,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>WORLD SAVINGS BANK, FSB, et al.<br><br>　　　Defendants. | Case No.: C-12-1034 YGR<br><br>**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On March 7, 2012, Defendants Wachovia Mortgage, a division of Wells Fargo Bank N.A. filed a Motion to Dismiss. (Dkt. No.9.) The hearing on the motion is set for May 1, 2012. Plaintiffs' opposition was due on March 23, 2012. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to oppose the Motion. <u>Plaintiffs shall file an opposition to the Motion to Dismiss no later than 14 days from the date this Order is filed. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The Court maintains the current hearing date, but may vacate and re-set the hearing date depending upon whether an opposition and reply are filed.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**