**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONCHITA ROY AND SERAFIN F. PADLAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>WORLD SAVINGS BANK, FSB, et al.<br><br>  Defendants. | Case No.: C-12-1034 YGR<br><br>**ORDER VACATING AND RESETTING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

On March 7, 2012, Defendants Wachovia Mortgage, a division of Wells Fargo Bank N.A. filed a Motion to Dismiss. (Dkt. No.9.) Plaintiffs' opposition was due on March 23, 2012. Civ. L.R. 7-3(a). No opposition was filed by that date. By Order issued April 17, 2012, Plaintiff was directed to file within 14 days of the Order and warned that failure to file an opposition by that date will result in dismissal of the action for failure to prosecute. The order was served by mail. (Civ. L.R. 5-5(a)(2).) Thus, any opposition is due by May 4, 2012.

The current hearing date set for May 1, 2012, is VACATED. The hearing date is RESET to May 15, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**