**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONCHITA ROY AND SERAFIN F. PADLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>WORLD SAVINGS BANK, FSB, et al.<br><br>    Defendants. | Case No.: C-12-1034 YGR<br><br>**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 17, 2012, this Court issued an order (Dkt. No. 13) directing Plaintiffs to file, within 14 days, an opposition to Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss and warning that "[f]ailure to file an opposition by that date will result in dismissal of the action for failure to prosecute."

To date, Plaintiffs have not filed an opposition to the motion, or any other document concerning the motion. Therefore, and pursuant to Federal Rule of Civil Procedure 41(b), this action is DISMISSED.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**